United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> OTTER PRODUCTS, LLC, <br><br> Defendant(s). | CASE NO. 5:14-cv-03749 EJD <br><br> **ORDER RE: HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

With regard to the hearing on Defendant's Motion for Preliminary Injunction (Docket Item No. 11) at 2:00 p.m. on November 14, 2014, the court orders as follows:

1. On or before **November 4, 2014**, the parties shall deliver to the undersigned's Courtroom Deputy, Elizabeth Garcia, two sets of unredacted chambers copies of all pleadings filed for motion, organized in binders, in a manner which also identifies the docket item number for each pleading.

2. On or before **November 7, 2014**, the parties shall deliver to Ms. Garcia three copies of any slides or other materials the parties intend to display during the hearing.

3. The hearing on the motion shall last no longer than one hour, allocated equally between Plaintiff and Defendants. The court may allow additional time in its discretion.

4. In their presentations, the parties shall comply with the following limitations:

1

- Although unlikely based on the subject matter of this particular injunction, if construction of any claim terms is necessary, the court will construe no more than 4 collective terms. For any claims to be construed, the parties shall file a Joint Preliminary Injunction Statement on or before **November 4, 2014,** that lists each term, each party's proposed construction, and support for each party's proposed construction, side by side, as shown in Attachment A of the undersigned's Standing Order for Patent Cases.
- As to any invalidity arguments that may arise, the parties are limited to 4 prior art references, collectively.
- Oral argument presented at the hearing should be focused primarily on the issues of (1) likelihood of success on the merits and (2) irreparable injury. Extensive argument on the issues of the balance of equities or the public interest is not necessary.

**IT IS SO ORDERED.**

Dated: September 15, 2014

EDWARD J. DAVILA
United States District Judge